UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| JULIAN EARL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| VS. ) | No. 19-1214-JDT-cgc |
| ) | |
| ) | |
| QUALITY CORRECTIONAL HEALTH ) | |
| CARE, and MADISON COUNTY, ) | |
| TENNESSEE, ) | |
| ) | |
| Defendants. ) | |

ORDER DISMISSING CASE,
CERTIFYING AN APPEAL WOULD NOT BE TAKEN IN GOOD FAITH
AND DENYING LEAVE TO APPEAL *IN FORMA PAUPERIS*

On December 9, 2019, the Court issued an order dismissing Plaintiff Julian Earl's *pro se* complaint and amended complaints and granting leave to further amend. (ECF No. 20.) Earl was warned that if he failed to file a further amendment within twenty-one days, the Court would dismiss the case in its entirety, assess a strike pursuant to 28 U.S.C. § 1915(g) and enter judgment. (*Id.* at PageID 84-85.)

Earl has not filed any additional amended complaint, and the time within which to do so has expired. Therefore, this case is DISMISSED in its entirety, and judgment will be entered in accordance with the December 9, 2019, order dismissing the original and amended complaints for failure to state a claim. Earl is assessed his first strike under

§ 1915(g). This strike shall take effect when judgment is entered. *See Coleman v. Tollefson*, 135 S. Ct. 1759, 1763-64 (2015).

It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3) and Federal Rule of Appellate Procedure 24(a), that any appeal in this matter by Earl would not be taken in good faith. Leave to appeal *in forma pauperis* is DENIED.

The Clerk is directed to prepare a judgment.

IT IS SO ORDERED.

                                              s/ **James D. Todd**
                                              JAMES D. TODD
                                              UNITED STATES DISTRICT JUDGE